Abstract of Satisfaction of Supplemental Judgment

Re:  Frank Meehan, et. al. v. Gristede's Supermarkets Inc., etc.

Case number:  CV-95-2104 (JG) ; 05-29, Delaware District Court

| Names of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Gristede's Supermarkets, Inc. a/k/a Gristede, Supermarket, Inc. a/k/a Gristede, a division of Red Apple Corp. Inc. 823 Eleventh Avenue New York, NY 10019 | Frank Meehan, et. al. UFCW Local 1500 Funds 221-10 Jamaica Avenue Queens Village, NY 11428 |

| Amount of Judgment | Names of Attorneys | When Docketed |
|---|---|---|
| $50,048.15 | David C. Sapp, Jr., Esq. Broach and Stulberg, LLP One Penn Plaza, Suite 2016 New York, NY 10019 (Attorney for Plaintiffs) Barry N. Saltzman, Esq. Pryor Cashman Sherman & Flynn, LLP New York, NY 10022 (Attorney for Defendant) | October 25, 2005 |

UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK SS.

I CERTIFY, That the foregoing is a correct Abstract

dated, Brooklyn ___OCT 2 6 2005___

ROBERT C. HEINEMANN, Clerk.

By _____ Deputy Clerk.